UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: SUBPOENA *DUCES TECUM* AND TO TESTIFY AT DEPOSITION TO NON-PARTY VICKI LARIS | |
| L'ORÉAL USA, INC., L'ORÉAL USA PRODUCTS, INC., L'ORÉAL USA S/D, INC. and REDKEN 5TH AVENUE NYC, LLC, <br><br>     Plaintiffs, <br><br> vs. <br><br> Vicki Laris, <br><br>     Defendant. | Misc. Case No. _____ <br><br> Underlying Action Pending in the U.S. District Court for the District of Delaware <br><br> Civil Action No.  No. 17-14-JFB-SRF |
| LIQWD, INC. and OLAPLEX LLC, <br><br>     Plaintiffs, <br><br> vs. <br><br> L'ORÉAL USA, INC., L'ORÉAL USA PRODUCTS, INC., L'ORÉAL USA S/D, INC. and REDKEN 5TH AVENUE NYC, LLC, <br><br>     Defendants. | |

### L'ORÉAL USA'S MOTION TO COMPEL VICKI LARIS' COMPLIANCE WITH SUBPOENA

Pursuant to Federal Rule of Civil Procedure ("Rule") 45, Plaintiffs L'Oréal USA, Inc., L'Oréal USA Products, Inc., L'Oréal USA S/D, Inc., and Redken 5th Avenue NYC, LLC (together, "L'Oréal USA"), seeks an order from this Court compelling Vicki Laris to attend deposition and produce documents in response to Document Request Nos. 1, 2, 6, and 7 of the Subpoena issued to her on November 29, 2018, as narrowed by L'Oréal USA, which seek information regarding her use of Olaplex Bond Multiplier No. 1, Olaplex Bond Perfector No. 2,

and Olaplex Hair Perfector No. 3. The information sought is relevant to L'Oréal USA's defenses in the underlying action in the United States Federal District Court, District of Delaware, *Liqwd, Inc. v. L'Oréal USA, Inc.*, Civil Action No. 17-14-JFB-SRF.

For the reasons set forth in the accompanying memorandum in support of this Motion, L'Oréal USA respectfully requests an order compelling compliance with the Subpoena, and other such relief as the Court deems just and appropriate, including fees and costs, pursuant to Rule 37. Fed. R. Civ. P. 37(a)(5)(A).

Dated: January 22, 2019

Respectfully submitted,

/s/ Katherine F. Murray
PAUL HASTINGS LLP
515 South Flower Street, 25th FL
Los Angeles, CA 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705
Email: katherinemurray@paulhastings.com
Attorneys for L'Oréal USA, Inc., L'Oréal USA Products, Inc., L'Oréal USA S/D, Inc. and Redken 5th Avenue NYC, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of January, 2019, I electronically filed the foregoing Motion to Compel Vicki Laris' Compliance with Subpoena with the Clerk of the Court using the CM/ECF system. I further certify that I caused a true and correct copy of the foregoing to be served by overnight delivery on:

Matthew K. Blackburn
Diamond McCarthy LLP
150 California Street
Suite 2200
San Francisco, CA 94111
(415) 692-5200
mblackburn@diamondmccarthy.com

Joseph M. Paunovich
Ali Moghaddas
Quinn, Emmanuel, Urquhart & Sullivan, LLP
865 S. Figueroa Street
Los Angeles, CA 90017
(213) 443-3000
joepaunovich@quinnemanuel.com
alimoghaddas@quinnemanuel.com

Ashley Martabano
Baker Marquart LLP
777 S. Figueroa Street, Suite 2850
Los Angeles, CA 90017
(424) 652-7800
amartabano@bakermarquart.com

                                                                           */s/ Katherine F. Murray*
                                                                           Katharine F. Murray